205

(No. 75-CC-311— )

IBM CORPORATION, Claimant, *vs.* STATE OF ILLINOIS, ILLINOIS ENVIRONMENTAL PROTECTION AGENCY, Respondent.

*Opinion filed December 6, 1974.*

IBM CORPORATION, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 75-CC-330— )

SUTCLIF PHARMACY, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed December 6, 1974.*

SUTCLIF PHARMACY, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; MARTIN A. SOLL, Assistant Attorney General, for Respondent.

PER CURIAM.